# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

|  |  |
|---|---|
| IT'SUGAR LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 4:13-cv-01644-RBH |
| v. ) | |
| ) | |
| I LOVE SUGAR, INC., THE M COY ) | |
| GROUP LLC, and BLU SOL DESIGN, ) | |
| LLC, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED by and between the parties IT'SUGAR LLC, I Love Sugar, Inc. and The MCoy Group LLC through their respective attorneys of record that:

1. All claims and counterclaims in the action are hereby dismissed with prejudice;

2. The parties hereto shall each bear their own costs and attorneys' fees.

*/s/ John Foster*                                  */s/ John Simmons*

John Foster                                           John Simmons
**D.S.C. Federal Bar Attorney ID No. 868**            **D.S.C. Federal Bar Attorney ID No. 5000**
R. Charles Henn Jr.                                   Simmons Law Firm, LLC
*(pro hac vice)*                                      1711 Pickens Street
Kilpatrick Townsend & Stockton LLP                    PO Box 5
1100 Peachtree Street, Suite 2800                     Columbia, S.C. 29202
Atlanta, Georgia 30309-4530                           Phone: (803) 779-4600
Phone: (404) 815-6500                                 Fax: (803) 254-8874
Fax: (404) 815-6555                                   jsimmons@simmonslawfirm.com
jfoster@kilpatricktownsend.com
chenn@kilpatricktownsend.com

| | |
|---|---|
| Douglas A. Miro | Mark J. Rosenberg |
| *(pro hac vice)* | *(pro hac vice)* |
| Stephen J. Quigley | Philip Y. Braginsky |
| *(pro hac vice)* | *(pro hac vice)* |
| Ostrolenk Faber LLP | Tarter Krinsky & Drogin LLP |
| 1180 Avenue of the Americas | 1350 Broadway |
| New York, NY 10036 | New York, NY 10018 |
| Phone: (212) 382-0700 | Tel: (212)216.1127 |
| Fax: (212) 382-0888 | Fax: (212) 216.8001 |
| dmiro@ostrolenk.com | mrosenberg@tarterkrinsky.com |
| squigley@ostrolenk.com | |
| | Attorneys for Defendant I Love Sugar Inc. |
| Attorneys for Plaintiff IT'SUGAR LLC | |

*/s/ Robert T. King*
Robert T. King
King, Love & Smith LLC
491 W. Cheves Street
Florence, SC  29501
Phone: (843) 407-9302
Fax: (843) 407-5782
rking@klslawfirm.com
Attorneys for Defendant The MCoy Group LLC

SO ORDERED:

                                                 s/ R. Bryan Harwell
                                                 R. Bryan Harwell
                                                 United States District Judge

July 15, 2014
Florence, South Carolina